## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| SHAMIRE YOUNG | : | VIOLATIONS: 18 U.S.C. § 2119 (carjacking – 1 count) |
| | : | 18 U.S.C. § 2 (aiding and abetting) |

### INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about March 11, 2022, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**SHAMIRE YOUNG,**

and others unknown to the grand jury, with intent to cause death and serious bodily harm, took, and aided and abetted the taking, from the person and presence of P.E. and E.S., persons known to the grand jury, by force and violence, and by intimidation, a motor vehicle, that is, a 2021 BMW 350i, VIN 3MW5R7J05M8B50519, and license plate PA LCP-3864, that had been transported, shipped, and received in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2119 and 2.

**A TRUE BILL:**

_____
**GRAND JURY FOREPERSON**

_____
**JENNIFER ARBITTIER WILLIAMS**
**UNITED STATES ATTORNEY**